## EXHIBIT B

### Accused Product Documentation

**Cerinet USA, Inc. v. LG Electronics U.S.A., Inc.**
U.S. Patent No. 9,253,428

The following are publicly available product materials concerning the Accused Products (manufacturer datasheets/brochures and/or the manufacturer's public product and regulatory pages).

# LG Introduces ATSC 3.0-Enabled OLED TVs In USA, Ushering In 'NEXTGEN TV' Era

Co-Developer of New Television Standard Helps Jumpstart Market as Broadcasters Launch NEXTGEN TV Services Across America in 2020



NEWS PROVIDED BY
**LG Electronics USA →**
Jan 08, 2020, 11:20 ET

LAS VEGAS, Jan. 8, 2020 /PRNewswire/ -- LG Electronics (LG), co-developer of the ATSC 3.0 next-generation television standard, is ushering in the era of NEXTGEN TV with the introduction of six advanced new LG OLED TV models equipped to receive new services with enhanced content, pictures and sound.

Unveiled at CES® 2020, these new TVs – with screen sizes from 55 to 88 inches –  represent the powerful combination of LG OLED and NEXTGEN TV technologies, winning three 2020 CES Innovation Awards. Their introduction dovetails with U.S. broadcasters' plans to launch NEXTGEN TV services in dozens of U.S. markets this year – with signals reaching the majority of TV viewers in America.

Billed by broadcasters as "The Future of Television," NEXTGEN TV powered by ATSC 3.0 unlocks new features, additional content, more control and personalization for broadcast viewers. Initial



LG Electronics, co-developer of the ATSC 3.0 next-generation television standard, is ushering in the era of NEXTGEN TV in the United States with the introduction of six advanced new LG OLED TV models equipped to receive new services with enhanced content, pictures and sound. Announced at CES® 2020 by LG's U.S. Head of Product Marketing Tim

enhancements (which may vary by broadcaster) include improved pictures with more 4K UHD and high dynamic range content; immersive audio for movie-theater-like sound; and enhanced content such as an advanced TV guide, additional program information, and an on-demand video library.

"This is a milestone year for NEXTGEN TV, and we welcome LG's announcement," said NAB President and CEO Gordon Smith. "Early-adopter consumers with these TVs will benefit from NEXTGEN TV's new services being launched by local TV stations across America. We're delighted that TV manufacturers like LG, which contributed significantly to the cutting-edge ATSC 3.0 standard, are leading the way."

The six 2020 LG OLED models earning the NEXTGEN TV logo from the Consumer Technology Association are: the 55-, 65- and 77-inch class GX Gallery Series 4K Ultra HD models, the 65-inch class WX Wallpaper 4K model and 77- and 88-inch class ZX Real 8K models.

Along with these new TVs – with screen sizes from 55 to 88 inches – represent the powerful combination of LG OLED and NEXTGEN TV technologies.





The minimalist Gallery Series takes design to a new level with an ultra-thin form factor that hangs on the wall like a piece of art, while the razor-thin 65OLEDWX Wallpaper TV becomes one with the wall and includes a high-performance Dolby Atmos® soundbar for immersive audio. The 2020 LG OLED ZX Real 8K models, delivering four times more detail than 4K TV and 16 times more than HDTV, exceed CTA's strict requirements related to the official industry definition for 8K Ultra HD TVs.

Along with LG's proven third-generation ATSC 3.0 receiver/demodulator, the LG OLED NEXTGEN TVs include the new α9 (Alpha 9) Gen 3 AI Processor that leverages upgraded processing power and artificial intelligence to further enhance picture quality and enable specialized features for movies, games and sports. Combining OLED's self-emitting pixel technology and perfect blacks with support for Dolby Vision IQ and the UHD Alliance's new Filmmaker Mode,™ 2020 LG OLED TVs bring the cinema into the living room with new levels of realism.

"As the first TV manufacturer to support the Phoenix Model Market ATSC 3.0 project starting in 2018, LG is helping to set the foundation for the launch of NEXTGEN TV in the Top 40 markets this year by demonstrating the new NEXTGEN TV broadcaster application framework with Pearl," said Anne Schelle, Executive Director of the Pearl TV broadcaster business group that represents more than 400 network-affiliated TV stations.

In addition to its work with Pearl TV, LG also is demonstrating robust ATSC 3.0 reception at CES in cooperation with Sinclair Broadcast Group in the Advanced Television Systems Committee's booth (#11329, just steps from the LG booth in the Central Hall of the Las Vegas Convention Center).

NEXTGEN TVs jumpstarting the U.S. market follow LG's early leadership in ATSC 3.0-enabled products in South Korea since 2017. The U.S. NEXTGEN TV launch also reflects LG's key role in the Advanced Television Systems Committee's suite of ATSC 3.0 standards that merges the capabilities of broadcast and broadband for the first time.

ATSC President Madeleine Noland applauded the debut of LG's NEXTGEN TV enabled products at CES. "LG is among the strongest leaders and contributors within ATSC across the development, testing and commercial deployment of NEXTGEN TV, initially in South Korea, and now here in the U.S. LG was the first to develop an ATSC 1.0/3.0 tuner/demodulator chip. Now this time-tested technology is embedded in the new lineup of LG OLED TVs as NEXTGEN TV makes its way into viewers homes across the country."

Core technologies developed by LG and its U.S. R&D lab Zenith are included in the majority of the ATSC 3.0 Physical Layer Standard. With literally thousands of related patented inventions, LG contributed to all layers of the ATSC 3.0 standard. Noteworthy contributions include the A/322 transmission system standard and A/330 link-layer protocol standard, among others.

Development of ATSC 3.0 technologies over the past decade represents the latest LG/Zenith innovations in digital television. In addition to LG's pioneering work on the ATSC 3.0 Standard, its Zenith subsidiary, which was a founding member of ATSC in 1982, invented the core transmission system at the heart of the ATSC A/53 Digital Television Standard, approved by the U.S. Federal Communications Commission in 1996.

**About LG Electronics USA**

LG Electronics USA, Inc., based in Englewood Cliffs, N.J., is the North American subsidiary of LG Electronics, Inc., a $54 billion global innovator in technology and manufacturing. In the United States, LG sells a wide range of innovative home appliances, home entertainment products, mobile phones, commercial displays, air conditioning systems, solar energy solutions and vehicle components. The "Life's Good" marketing theme encompasses how LG is dedicated to people's happiness by exceeding expectations today and tomorrow. LG is a 2019 ENERGY STAR® Partner of the Year. **www.LG.com**.

SOURCE LG Electronics USA

Related Links

**http://www.LG.com**



Case 4:26-cv-00780-MJT    Document 1-2    Filed 07/02/26    Page 5 of 6 PageID #: 46

# LG Introduces ATSC 3.0-Enabled OLED TVs In USA, Ushering In 'NEXTGEN TV' Era

Co-Developer of New Television Standard Helps Jumpstart Market as Broadcasters Launch NEXTGEN TV Services Across America in 2020





NEWS PROVIDED BY
**LG Electronics USA** →
Jan 08, 2020, 11:20 ET

SHARE THIS ARTICLE

LAS VEGAS, Jan. 8, 2020 /PRNewswire/ -- LG Electronics (LG), co-developer of the ATSC 3.0 next-generation television standard, is ushering in the era of NEXTGEN TV with the introduction of six advanced new LG OLED TV models equipped to receive new services with enhanced content, pictures and sound.

Unveiled at CES® 2020, these new TVs – with screen sizes from 55 to 88 inches – represent the powerful combination of LG OLED and NEXTGEN TV technologies, winning three 2020 CES Innovation Awards. Their introduction dovetails with U.S. broadcasters' plans to launch NEXTGEN TV services in dozens of U.S. markets this year – with signals reaching the majority of TV viewers in America.

Billed by broadcasters as "The Future of Television," NEXTGEN TV powered by ATSC 3.0 unlocks new features, additional content, more control and personalization for broadcast viewers. Initial enhancements (which may vary by broadcaster) include improved pictures with more 4K UHD and high dynamic range content; immersive audio for movie-theater-like sound; and enhanced content such as an advanced TV guide, additional program information, and an on-demand video library.

"This is a milestone year for NEXTGEN TV, and we welcome LG's announcement," said NAB President and CEO Gordon Smith. "Early-adopter consumers with these TVs will benefit from NEXTGEN TV's new services being launched by local TV stations across America. We're delighted that TV manufacturers like LG, which contributed significantly to the cutting-edge ATSC 3.0 standard, are leading the way."

The six 2020 LG OLED models earning the NEXTGEN TV logo from the Consumer Technology Association are: the 55-, 65- and 77-inch class GX Gallery Series 4K Ultra HD models, the 65-inch class WX Wallpaper 4K model and 77- and 88-inch class ZX Real 8K models.

The minimalist Gallery Series takes design to a new level with an ultra-thin form factor that hangs on the wall like a piece of art, while the razor-thin 65OLEDWX Wallpaper TV becomes one with the wall and includes a high-performance Dolby Atmos® soundbar for immersive audio. The 2020 LG OLED ZX Real 8K models, delivering four times more detail than 4K TV and 16 times more than HDTV, exceed CTA's strict requirements related to the official industry definition for 8K Ultra HD TVs.

Along with LG's proven third-generation ATSC 3.0 receiver/demodulator, the LG OLED NEXTGEN TVs include the new α9 (Alpha 9) Gen 3 AI Processor that leverages upgraded processing power and artificial intelligence to further enhance picture quality and enable specialized features for movies, games and sports. Combining OLED's self-emitting pixel technology and perfect blacks with support for Dolby Vision IQ and the UHD Alliance's new Filmmaker Mode,™ 2020 LG OLED TVs bring the cinema into the living room with new levels of realism.

"As the first TV manufacturer to support the Phoenix Model Market ATSC 3.0 project starting in 2018, LG is helping to set the foundation for the launch of NEXTGEN TV in the Top 40 markets this year by demonstrating the new NEXTGEN TV broadcaster application framework with Pearl," said Anne Schelle, Executive Director of the Pearl TV broadcaster business group that represents more than 400 network-affiliated TV stations.

In addition to its work with Pearl TV, LG also is demonstrating robust ATSC 3.0 reception at CES in cooperation with Sinclair Broadcast Group in the Advanced Television Systems Committee's booth (#11329, just steps from the LG booth in the Central Hall of the Las Vegas Convention Center).

NEXTGEN TVs jumpstarting the U.S. market follow LG's early leadership in ATSC 3.0-enabled products in South Korea since 2017. The U.S. NEXTGEN TV launch also reflects LG's key role in the Advanced Television Systems Committee's suite of ATSC 3.0 standards that merges the capabilities of broadcast and broadband for the first time.

ATSC President Madeleine Noland applauded the debut of LG's NEXTGEN TV enabled products at CES. "LG is among the strongest leaders and contributors within ATSC across the development, testing and commercial deployment of NEXTGEN TV, initially in South Korea, and now here in the U.S. LG was the first to develop an ATSC 1.0/3.0 tuner/demodulator chip. Now this time-tested technology is embedded in the new lineup of LG OLED TVs as NEXTGEN TV makes its way into viewers homes across the country."

Core technologies developed by LG and its U.S. R&D lab Zenith are included in the majority of the ATSC 3.0 Physical Layer Standard. With literally thousands of related patented inventions, LG contributed to all layers of the ATSC 3.0 standard. Noteworthy contributions include the A/322 transmission system standard and A/330 link-layer protocol standard, among others.

Development of ATSC 3.0 technologies over the past decade represents the latest LG/Zenith innovations in digital television. In addition to LG's pioneering work on the ATSC 3.0 Standard, its Zenith subsidiary, which was a founding member of ATSC in 1982, invented the core transmission system at the heart of the ATSC A/53 Digital Television Standard, approved by the U.S. Federal Communications Commission in 1996.

**About LG Electronics USA**
LG Electronics USA, Inc., based in Englewood Cliffs, N.J., is the North American subsidiary of LG Electronics, Inc., a $54 billion global innovator in technology and manufacturing. In the United States, LG sells a wide range of innovative home appliances, home entertainment products, mobile phones, commercial displays, air conditioning systems, solar energy solutions and vehicle components. The "Life's Good" marketing theme encompasses how LG is dedicated to people's happiness by exceeding expectations today and tomorrow. LG is a 2019 ENERGY STAR® Partner of the Year. **www.LG.com**.

SOURCE LG Electronics USA

Related Links
**http://www.LG.com**


**21%** more press release views with **PR Newswire Amplify**™
Request a Demo →

## Also from this source

**LG ELECTRONICS BRINGS USER-FRIENDLY DESIGN TO THE LAUNDRY ROOM WITH 'LG COMFORT KIT'**

Furthering its vision of a more inclusive home, LG Electronics USA has introduced the "LG Comfort Kit" for its U.S. laundry appliance lineup, making...

**LG Radio+ Joins Forces with iHeartRadio to Give Users Access to America's #1 Audio Company**

In a move to curate a diverse selection of podcasts and radio programs, LG Electronics (LG) has partnered with iHeartMedia, the leading audio media...

More Releases From This Source →

## Explore


Consumer Electronics


Computer & Electronics

Television

Entertainment

News Releases in Similar Topics →

**Contact PR Newswire**

Call PR Newswire at 888-776-0942 from 8 AM - 9 PM ET

Contact Us ∧

**Products**
For Marketers
For Public Relations
For IR & Compliance
For Agency
All Products

**About**
About PR Newswire
About Cision
Become a Publishing Partner
Become a Channel Partner
Careers
Accessibility Statement
Global Sites ∧

**My Services**
All New Releases
Platform Login
ProfNet
Data Privacy

Do not sell or share my personal information:
• Submit via privacy@cision.com
• Call Privacy toll-free: 877-297-8921

Terms of Use   Privacy Policy   Information Security Policy   Site Map   RSS   Cookies

Copyright © 2026 Cision US Inc.